T. W. CROWE, *Appellant,* v. THE ARKANSAS CITY PORT-LAND CEMENT COMPANY, *Appellee.*

No. 18,378.

HEADNOTE BY THE REPORTER.

PLEADINGS — *Contract — Performance — Petition — Demurrer.* Where a petition set forth a copy of a written contract of employment, and alleged performance by the plaintiff, and that a certain amount was due and unpaid to plaintiff for services performed under the contract, the petition stated a cause of action.

Appeal from Cowley district court; CARROLL L. SWARTS, judge. Opinion filed October 11, 1913. Reversed.

*C. T. Atkinson,* of Arkansas City, for the appellant.

33—90 KAN.

*Per Curiam:* The appellant filed his petition, a material portion of which is as follows:

"That the defendant The Arkansas City Portland Cement Company is a corporation organized and existing under the laws of the state of Kansas, and whose principal place of business and postoffice address is Silverdale, Kansas.

"That on June 29, 1910, this plaintiff and the defendant herein entered into a contract under which contract this plaintiff was appointed and made agent for the defendant company for the purpose of selling first-mortgage bonds of said company, a copy of which contract is hereto annexed and marked Exhibit 'A,' and made a part of this petition.

"That this plaintiff has ever since the making of said contract and up to the present time been actively engaged as agent of the defendant company under said contract, and has actively been employed during all such time, as such agent.

"That under the terms of said contract this plaintiff was to receive the sum of fifty ($50.00) dollars per week while he was actively engaged and employed under said contract.

"That in accordance with the terms of said contract there is due this plaintiff from the defendant The Arkansas City Portland Cement Company the sum of $1,150.00, the same being for twenty-three weeks next preceding the filing of this petition services at the rate of $50.00 per week, said services being performed under and in accordance with the terms of the contract above mentioned.

"Wherefore, this plaintiff prays judgment against the defendant herein for the sum of $1,150.00, with 6 per cent interest from November 8, 1911, and for the costs of this action, and for all other proper relief."

To the petition was attached a copy of a written contract, which contains, among other provisions, the following stipulation:

"The party of the first part shall advance to the second party the sum of $50.00 per week, while the second party shall be actively employed under this agreement, the said amount so advanced to be charged to the sec-

ond party and to be deducted from any commission due on account of sales under this agreement."

The appellee filed a general demurrer to the petition, which was sustained. The appellee makes no appearance in this court.

The allegation of the contract, of its performance on his part, and that a certain sum is due appellant for the services rendered thereunder, states a cause of action.

The order sustaining the demurrer is reversed and the case is remanded with directions to set aside the order and proceed.